IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW ALAN CLENDENNEN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:15-CV-1041 |
| BRENT STROMAN, MANUEL CHAVEZ, ABELINO "ABEL" REYNA, and JOHN DOE, | § § § § | |
| Defendants. | § § | |

### DEFENDANT ABELINO REYNA'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

NOW COMES **ABELINO REYNA,** a Defendant in the above-entitled and numbered cause and files his Notice of Appearance of Additional Counsel, and would respectfully show unto the Court as follows:

### I.

Defendant Abelino Reyna notifies the Court and other parties that Stephen D. Henninger, State of Texas Bar No. 00784256, of the firm Fanning, Harper, Martinson, Brandt & Kutchin, P.C., is entering his appearance as additional counsel for Abelino Reyna in the above-referenced case.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court and all parties take notice of the appearance of Stephen D. Henninger as additional counsel for Defendant Abelino Reyna in this cause; Defendant further prays for such other and further relief, both general or special, at law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

/s/ Stephen D. Henninger
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No. 00784256
shenninger@fhmbk.com
**FANNING HARPER, MARTINSON,**
**BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT**
**ABELINO REYNA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all parties of record, in compliance with the Court's ECF/CM system and/or Rule 5 of the Federal Rules of Civil Procedure, on the 26th day of February, 2016.

/s/ Stephen D. Henninger
**STEPHEN D. HENNINGER**