FILED
2016 APR 20   AM 10: 10

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MATTHEW ALAN CLENDENNEN,       §
                                §
        Plaintiff,              §       CIVIL ACTION NO. 1:15-CV-1041-SS
                                §
v.                              §
                                §
BRENT STROMAN, MANUEL           §
CHAVEZ, ABELINO "ABEL"          §
REYNA and JOHN DOE              §
                                §
        Defendants.             §

## ORDER

Before the Court is Plaintiff's unopposed motion for twenty-one (21) day extension of time to respond to Defendants' various pending motions (Doc. 14). The Court finds that Plaintiff's motion should be, and is hereby, **GRANTED.**

Therefore, the Court hereby grants Plaintiff extensions of 21 days to Plaintiff's current deadlines to file the following responses:

| Response due | Extended Deadline |
|---|---|
| Motion to Transfer Venue | 5/05/2016 |
| Motion to Stay | 5/05/2016 |
| Stroman/Chavez's Motion to Dismiss | 5/12/2016 |
| Reyna's Motion to Dismiss | 5/16/2016 |

SO ORDERED.

Signed this 19th day of April, 2016.

_Sam Sparks_
SAM SPARKS
UNITED STATES MAGISTRATE JUDGE