IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW ALAN CLENDENNEN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:15-CV-1041-SS |
| | § | |
| v. | § | |
| | § | |
| BRENT STROMAN, MANUEL | § | |
| CHAVEZ, ABELINO "ABEL" | § | |
| REYNA and JOHN DOE | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's *Unopposed* Motion to Exceed Page Limits (Doc. 16). The Court finds that Plaintiff's motion should be, and is hereby, **GRANTED.**

Therefore, the Court hereby grants Plaintiff leave to file a Response to the Defendants' Joint Motion to Transfer Venue of fifteen pages, rather than ten pages.

SO ORDERED.

Signed this 29th day of April, 2016.

SAM SPARKS
UNITED STATES MAGISTRATE JUDGE