UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Matthew Alan Clendennen § | |
| § | CIVIL NO: |
| vs. § | AU:15-CV-01041-SS |
| § | |
| Brent Stroman, Manuel Chavez, Abelino § | |
| Reyna, John Doe | |

ORDER SETTING MOTION TO STAY AND MOTION TO TRANSFER VENUE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION TO STAY AND MOTION TO TRANSFER VENUE** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, June 03, 2016 at 09:00 AM**.

IT IS SO ORDERED this 17th day of May, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE